POOR v. BOWEN, appellant.

APPEAL from a judgment entered in favor of plaintiff upon the report of a referee. The action was brought by Henry V. Poor against Henry C. Bowen, to recover $5,000 advanced by plaintiff at defendant's request, for the purchase of mining stock.

*George C. Holt,* for appellant.

*Isaac V. French,* for respondent.

DONOHUE, J.

The opinion held that the case was so purely one of fact that the finding of the referee could not be disturbed, the legal questions raised by defendant being founded simply on mistakes of fact.

*Judgment affirmed.*